01

02

03

04

05

06                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08   DAVID DOUCETTE,                        )    CASE NO. C05-0863-RSL
                                            )
09            Plaintiff,                     )
                                            )
10       v.                                 )    ORDER GRANTING PLAINTIFF'S
                                            )    MOTION FOR AUTHORIZATION OF
11   JO ANNE B. BARNHART,                    )    ATTORNEY FEE PURSUANT TO
     Commissioner of Social Security,        )    42 U.S.C. § 406(b)
12                                          )
              Defendant.                     )
13   _____ )

14        Plaintiff filed a motion for authorization of attorney fee under 42 U.S.C. § 406(b). (Dkt.

15   26.) Defendant does not object to plaintiff's request. (Dkt. 28.) Having considered plaintiff's

16   motion and the accompanying documents, it is hereby ORDERED that:

17        (1)      The Court grants plaintiff's motion and authorizes an attorney fee of **$16,926.75**

18   in accordance with 42 U.S.C. § 406(b). The Social Security Administration is ordered to pay

19   plaintiff's counsel **$11,653.86** which it continues to withhold from plaintiff's past-due benefits

20   as a potential attorney's fee and to pay directly to plaintiff David Doucette   **$5,272.89**, the

21   attorney fee already paid to plaintiff's counsel in accordance with 28 U.S.C. § 2412, the Equal

22   Access to Justice Act.

ORDER GRANTING PLAINTIFF'S MOTION FOR
AUTHORIZATION OF ATTORNEY FEE PURSUANT
TO 42 U.S.C. § 406(b)
PAGE -1

01       (2)      Defendant will release the above-described fee amounts within **thirty days (30)**

02  of the date of this Order.

03       (3)      The Clerk shall send copies of this Order to the parties and to the Hon. Mary Alice

04  Theiler.

05       DATED this 28th day of September, 2006.

06

07

08  Robert S. Lasnik
     United States District Judge

09

10  Recommended for entry
11  this 27th day of September, 2006.

12  s/ Mary Alice Theiler
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S MOTION FOR
AUTHORIZATION OF ATTORNEY FEE PURSUANT
TO 42 U.S.C. § 406(b)
PAGE -2